IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHARLES SCHULTZ,
Plaintiff,

v.

Case No. 19–CV–00619–JPG

COMMISSIONER OF SOCIAL SECURITY,
Defendant.

## **JUDGMENT**

This matter having come before the Court and Plaintiff Charles Schultz having filed a Notice of Voluntary Dismissal,

**IT IS HEREBY ORDERED AND ADJUDGED** that the claims against Defendant **COMMISSIONER OF SOCIAL SECURITY** are **DISMISSED WITH PREJUDICE**.

Dated: January 23, 2020

Margaret M. Robertie
CLERK OF COURT

s/Tina Gray, Deputy Clerk

Approved by: s/J. Phil Gilbert
U.S. District Judge